No. 00–10703.  BRASWELL *v.* ROBERSON ET AL.  C. A. 10th Cir.
Certiorari denied.

No. 00–10705.  MILLER *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 00–10706.  ARRINGTON *v.* STEIN MART, INC., ET AL.  C. A.
11th Cir.  Certiorari denied.

No. 00–10707.  BRANIGAN *v.* UNITED STATES.  C. A. 7th Cir.
Certiorari denied.

No. 00–10708.  DOPP *v.* DOPP.  Ct. Civ. App. Okla.  Certiorari denied.

No. 00–10709.  JONES *v.* PROVENA ST. JOSEPH MEDICAL CENTER.  C. A. 7th Cir.  Certiorari denied.

No. 00–10711.  WILSON *v.* TEXAS.  Ct. App. Tex., 2d Dist.
Certiorari denied.

No. 00–10712.  WEBER *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 00–10713.  TUCKER *v.* NORTH CAROLINA.  Ct. App. N. C.
Certiorari denied.

No. 00–10714.  CANTU *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.
C. A. 5th Cir.  Certiorari denied.

No. 00–10715.  NORTH *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–10717.  NODAL *v.* UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 00–10718.  CHANES *v.* CALIFORNIA.  Ct. App. Cal., 2d App.
Dist.  Certiorari denied.

No. 00–10719.  CHAPPELL *v.* COOPER, ATTORNEY GENERAL OF
NORTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.